UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIGI GIROTTO,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>44TH ST. NYC, INC. et al.,<br><br>　　　　　　　　Defendants. | Case No. 1:24-cv-08842<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

　　IT IS HEREBY ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. In their discussions, the parties should consider whether plaintiff has satisfied the threshold requirement of standing. *See e.g.*, *Calcano v. Swarovski N. Am. Ltd.*, 36 F.4th 68, 77-78 (2d Cir. 2022); *Harty v. W. Point Realty, Inc.*, 28 F.4th 435, 443-44 (2d Cir. 2022). To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

　　IT IS FURTHER ORDERED that within fifteen (15) additional days (*i.e.*, within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial status conference.

Dated:　November 21, 2024　　　　　　　　　　　　　SO ORDERED.
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　*Jennifer Rochon*
　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge